Tionna Dolin (SBN 299010)
tdolin@slpattorney.com
Daniel Law (SBN 308855)
dlaw@slpattorney.com
STRATEGIC LEGAL PRACTICES
A PROFESSIONAL CORPORATION
1840 Century Park East, Suite 430
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
RICHARD FLIER and PATRICIA FLIER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLIER and PATRICIA FLIER,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 3:21-cv-02553-CRB<br><br>**PLAINTIFFS' NOTICE OF MOTION TO REMAND**<br><br>Date:  August 27, 2021<br>Time: 10:00 AM<br>Place: Courtroom 6<br><br>[Concurrently filed with Plaintiffs' Memorandum of Points and Authorities; Request for Judicial Notice; and [Proposed] Order Granting Plaintiffs' Motion to Remand]<br><br>Demand for Jury Trial |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 27, 2021 at 10:00 a.m. in Courtroom 6 of the above-entitled Court, located at 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiffs RICHARD FLIER and PATRICIA FLIER will, and hereby do, move this Court for an order remanding this action to the Superior Court of the State of California for the County of Contra Costa.

This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice, all records and papers on file in this action, any oral argument, and any other evidence that the Court may consider in hearing this motion.

Dated:  July 16, 2021                              Strategic Legal Practices, APC

By: _____
Daniel Law
Attorneys for Plaintiffs RICHARD FLIER
and PATRICIA FLIER

PLAINTIFFS' NOTICE OF MOTION TO REMAND
1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Los Angeles, California; my business address is Strategic Legal Practices, A Professional Corporation at 1840 Century Park East, Suite 430, Los Angeles, California 90067.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE OF PLAINTIFFS' MOTION TO REMAND**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Los Angeles, California on July 16, 2021.

Daniel Law

**CERTIFICATE OF SERVICE**