SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
HAILEY ROGERSON (SBN: 311918)
hrogerson@grsm.com
GREG GRUZMAN (SBN: 245701)
ggruzman@grsm.com
ALI AZEMOON (SBN: 331503)
aazemoon@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

TIONNA DOLIN (SBN: 299010)
tdolin@slpattorney.com
Rebecca E. Neubauer (SBN 333904)
rneubauer@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19TH Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs,
RICHARD FLIER and
PATRICIA FLIER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLIER and PATRICIA FLIER,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:21-cv-02553-CRB<br><br>(Removed from Superior Court of California, County of Contra Costa, Case No. MSC20-02177)<br><br>*Assigned for All Purposes to the Honorable Charles R. Breyer*<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>State Court Complaint Filed:<br>April 14, 2020<br><br>Trial Date: TBD |

-1-
JOINT STIPULATION TO AMEND SCHEDULING ORDER

**TO THE HONORABLE COURT:**

Plaintiffs RICHARD FLIER and PATRICIA FLIER ("Plaintiffs") and Defendant FCA US, LLC ("FCA") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree to request that the Court amend the scheduling order as follows:

WHEREAS, the Court issued an Order granting the Parties' stipulation to amend scheduling order on July 18, 2022, and setting the following deadlines:

    Close of Fact Discovery by 10/24/2022;

    Last day to serve initial expert report by 11/7/2022;

    Last day to serve rebuttal expert report by 11/21/2022;

    Close of expert discovery by 3/10/2023;

    Joint Case Management Conference statement by 10/21/2022

    Case Management Conference set for 10/28/2022 (since vacated);

WHEREAS, FCA set depositions of both Plaintiff Richard Flier and Patricia Flier for September 21, 2022;

WHEREAS, the deposition of Richard Flier was completed on September 21, 2022 but the deposition of Patricia Flier did not proceed;

WHEREAS, the Parties agreed to set the deposition of Patricia Flier on October 18, 2022;

WHEREAS, On October 13, 2022 Plaintiff informed FCA that due to an unforeseen conflict, Patricia Flier could no longer be produced for deposition on October 18, 2022;

WHEREAS, the Parties agreed to continue the deposition of Patricia Flier to December 1, 2022, and agreed to continue the cutoff date for completion of fact discovery and exchange of initial and rebuttal expert reports to accommodate the continued deposition;

WHEREAS, the Parties have been and continue to be diligent in conducting discovery,

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

WHEREAS, there is no trial date set, and the pleadings are still at issue given FCA's Motion for Judgment on the Pleadings, set to be heard on November 18, 2022;

The Parties have agreed to jointly stipulate to request the Court amend the scheduling order and continue the deadlines as follows:

- Close of Fact Discovery as to the deposition of Patricia Flier only by December 1, 2022;
- Last day to serve Initial Expert report by December 29, 2022;
- Last day to serve Rebuttal Expert report by January 18, 2022;

WHEREAS, the Parties agree that it is in their best interests, and that of the Court's judicial resources, to amend the Scheduling Order and continue deadlines so that the Parties have sufficient time to complete fact and expert discovery and prepare for trial,

NOW THEREFORE, IT IS HEREBY STIPULATED, and Counsel for the Parties do hereby jointly request and stipulate, to request that the Court amend the scheduling order and continue the deadlines as outlined above.

Dated: October 14, 2022       GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Greg Gruzman*
Spencer P. Hugret
Hailey Rogerson
Greg Gruzman
Ali Azemoon
Attorneys for Defendant
FCA US LLC

Dated: October 14, 2022       STRATEGIC LEGAL PRACTICES, APC

*/s/ Rebecca E. Neubauer*
Tionna Dolin
Rebecca E. Neubauer
Attorneys for Plaintiffs
RICHARD FLIER and
PATRICIA FLIER

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
HAILEY ROGERSON (SBN: 311918)
hrogerson@grsm.com
GREG GRUZMAN (SBN: 245701)
ggruzman@grsm.com
ALI AZEMOON (SBN: 331503)
aazemoon@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

TIONNA DOLIN (SBN: 299010)
tdolin@slpattorney.com
Rebecca E. Neubauer (SBN 333904)
rneubauer@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19TH Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs,
RICHARD FLIER and
PATRICIA FLIER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLIER and PATRICIA FLIER,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 3:21-cv-02553-CRB<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER**<br><br>Sup.Ct. Complaint: April 14, 2020<br>Removal Date: April 8, 2021<br>Judge: Charles R. Breyer |

# [~~PROPOSED~~] ORDER

The Court, having considered the Joint Stipulation to Amend the Scheduling Order filed by the Parties, and upon finding that good cause exists, hereby ORDERS:

The Scheduling Order deadlines are amended as follows:

1. Close of Fact Discovery as to the deposition of Patricia Flier only by December 1, 2022;
2. Last day to serve Initial Expert report by December 29, 2022;
3. Last day to serve Rebuttal Expert report by January 18, 2022;

**PURSUANT TO STIPULATION,**

**IT IS SO ORDERED.**

Dated: October 17, 2022    _____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1274289/69159268v.1