UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FLIER and PATRICIA FLIER, | Case No.: 3:21-cv-02553-CRB |
| Plaintiffs, | Judge: Hon. Charles R. Breyer |
| vs. | [~~PROPOSED~~] JUDGMENT |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs RICHARD FLIER and PATRICIA FLIER ("Plaintiff") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on January 24, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

Date: February 9, 2023

Hon. Charles R. Breyer
District Court Judge